Andrew C. Schwartz, Esq. (SBN 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., #1020
Walnut Creek, CA 94596
Tel: (925) 947-1147
FAX: (925) 947-1131

Attorneys for Plaintiff
NINA KURACHIK


GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA KURACHIK,<br><br>      Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and Does 1 and 20,<br><br>      Defendants. | Case No.: C-10-00555-JL<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: December 17, 2009 |

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the entire case has been settled. Payment of the settlement proceeds and execution of the Release are expected in the next two weeks. Upon receipt of the settlement proceeds and execution of the release, a Stipulation to Dismiss will be filed.

The next scheduled hearing in this case is the Case Management Conference set for

-1-
NOTICE OF SETTLMENT (Case Number: C-10-00555-JL)

1  December 8, 2010 at 10:30 a.m. The parties request that all pending court dates be taken off
2  calendar.
3  DATED: November 17, 2010                    CASPER, MEADOWS, SCHWARTZ & COOK

6                                              By: _____/s/_____
                                                      ANDREW C. SCHWARTZ, Esq.
7                                                        Attorney for Plaintiff
                                                          NINA KURACHIK

10 DATED: November 17, 2010
                                                      BOORNAZIAN, JENSEN & GARTHE
11                                                    A Professional Corporation

13                                              By: _____/s/_____
                                                          Gail C. Trabish, ESQ.
14                                                       Attorneys for Defendant
                                                          TARGET CORPORATION

15  26337\492011

-2-
NOTICE OF SETTLMENT (Case Number: C-10-00555-JL)