ANDREW C. SCHWARTZ, ESQ. (SBN 64578)
CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., #1020
Walnut Creek, CA 94596
Tel: (925) 947-1147
FAX: (925) 947-1131

Attorneys for Plaintiff
NINA KURACHIK

GAIL C. TRABISH, ESQ. (SBN 103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
Oakland, CA 94607
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA KURACHIK,<br><br>  Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION and Does 1 and 20,<br><br>  Defendants. | Case No.: C-10-00555-JL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: December 17, 2009 |

IT IS HEREBY STIPULATED by and between Plaintiff NINA KURACHIK, by and through her attorney of record, Andrew C. Schwartz, Esq., and Defendant TARGET CORPORATION, by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, with prejudice, Target Corporation, pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorney's fees.

-1-
STIP. OF DISMISSAL W/ PREJUDICE AND [PROPOSED] ORDER THEREON – Case No: C-10-00555-JL

1  IT IS SO STIPULATED.

3  DATED: December X, 2010    CASPER, MEADOWS, SCHWARTZ & COOK

6  By: _____
   ANDREW C. SCHWARTZ, Esq.
   Attorney for Plaintiff
   NINA KURACHIK

10 DATED: December 1, 2010

   BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation

13 By: _____
   Gail C. Trabish, ESQ.
   Attorneys for Defendant
   TARGET CORPORATION

### ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: December 8, 2010

_____
HON. JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

26337\524224

-2-
STIP. OF DISMISSAL W/ PREJUDICE AND [PROPOSED] ORDER THEREON – Case No: C-10-00555-JL